UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KELLI FRANKLIN, ET AL.,

    Plaintiffs,                        No. 14-14801

v.                                  District Judge Marianne O. Battani
                                    Magistrate Judge R. Steven Whalen

UNITED TOWING, INC., ET AL.,

    Defendants.
_____/

## ORDER

For the reasons stated on the record on May 29, 2018, Plaintiff's Motion to Compel Production of Defendants' Attorney time and Billing Records [Doc. #121] is DENIED.

IT IS SO ORDERED.

                                                s/ R. Steven Whalen
                                              R. STEVEN WHALEN
                                              UNITED STATES MAGISTRATE JUDGE

Dated: May 29, 2018

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was sent to parties of record on May 29, 2018, electronically and/or by U.S. mail.

                                              s/Carolyn M. Ciesla
                                              Case Manager to the
                                              Honorable R. Steven Whalen